Davil Vasquez, 140418
ADELSON, TESTAN, BRUNDO & JIMENEZ
1851 East First Street, Suite 100
Santa Ana, CA 92705
Telephone: 714-245-8888
Fax No.: 714-245-8880

Attorneys for Plaintiff, **Granite State Insurance Company**

FILED
07 NOV -6 PM 3: 57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2128 BEN (NLS)

GRANITE STATE INSURANCE COMPANY,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No.:

COMPLAINT FOR DAMAGES
(Tort/Personal Injury—subrogation)

PLAINTIFF ALLEGES:

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2674, et seq.

2. Venue is proper in the Southern District of California because the tortious acts and/or omissions committed by the defendant and its agents that give rise to this action occurred in this District, specifically, Camp Pendleton, California.

3. The plaintiff, Granite State Insurance Company, is a corporation organized under the laws of the State of Pennsylvania, and duly authorized to conduct and transact business in the State of California. At all times mentioned in this complaint, plaintiff conducted and transacted workers' compensation insurance business in the State of California.

4. This action involves a workers' compensation subrogation claim by the plaintiff,

-1-

COMPLAINT FOR DAMAGES

under California Labor Code §§3850-3865.

5. The subject of this action is injured employee Mark Lemoge, who sustained industrial (personal) injuries on or about April 17, 2004, while working in the course and scope of his employment for Professional Software Engineering, which was then insured against claims for workers' compensation by plaintiff. On or about April 13, 2006, plaintiff submitted its claim to the defendant, United States of American, Department of the Navy. As of March 29, 2007, the Department of the Navy was still considering plaintiff's claim.

6. On or after May 8, 2007, the United States of America, Department of the Navy, rejected plaintiff's claim. Accordingly, this Court has jurisdiction over plaintiff's action.

7. While attending a work-related function at a park in Camp Pendleton, County of San Diego, State of California, Mark Lemoge (Mr. Lemoge) sustained industrial injuries when a concrete park bench collapsed and/or fell on Mr. Lemoge.

8. Based on information and belief, said park bench was negligently assembled, constructed, placed, inspected, maintained, owned and in all respects controlled by defendant and its agents, so that as a direct and proximate result Mr. Lemoge sustained severe personal injuries, including injuries to his leg. As a further, direct, sole and proximate result of said personal injuries, Mr. Lemoge reasonably required medical attention and treatment, sustained loss of earnings and earning capacity, suffered personal property losses, including the loss of his shoes and eye glasses, and suffered other special and general damages in a sum estimated by plaintiff to be $100,000.

9. As a further, sole, direct and proximate result of the unlawful acts and omissions of the defendant, as set forth above, and the resulting injuries and damages sustained by employee Mark Lemoge, plaintiff sustained damage in the form of liability for workers' compensation benefits, including liability for medical and disability compensation, in a sum amounting to no less than $20,616.53.

10. No act or omission attributable to plaintiff's insured employer, Professional Software Engineering, constituted a proximate cause of the Mr. Lemoge's accident, injuries or damages.

11. Pursuant to California Labor Code §§ 3850 through 3865, plaintiff is subrogated to the rights of the employee, Mark Lemoge.

WHEREFORE, plaintiff prays for judgment against defendant as follows:

1. For monetary damages sufficient to fully and reasonably compensate both plaintiff and said injured employee for all injuries and losses alleged herein, estimated to be $120,616.53;

2. For reasonable attorney fees and other costs against any amount awarded to compensate said injured employee's injuries and losses, as provided by Labor Code §§3850 – 3865;

3. For plaintiff's allowable costs of suit; and

4. For such other and further compensation and relief as the court may deem just and proper.

Dated:     November 5, 2007            ADELSON, TESTAN, BRUNDO & JIMENEZ

_____
Davil Vasquez, Esq., attorneys for plaintiff, Granite State Insurance Company

COMPLAINT FOR DAMAGES

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GRANITE STATE INSURANCE COMPANY

**DEFENDANTS**
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff: San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David R. Vasquez, Esq., c/o Adelson, Testan, Brundo & Jimenez: 1851 E. First Street, Suite 100, Santa Ana, CA 92705; 714/245-8888

Attorneys (If Known): **07CV 2128 BEN (NLS)**

07 NOV -6 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Tort Claims Act, 28 U.S.C. Sect. 2674

Brief description of cause:
Workers' compensation subrogation claim based on the negligence of the USA, Dept. of the Navy

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 120,616.53
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Hon. Larry Alan Burns
DOCKET NUMBER 07CV0620 LAB AJB

DATE: 11/05/2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 144251  AMOUNT 350,-  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___
11/6/07

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 144251      - SR
       * * C O P Y * *
         November 06, 2007
            15:59:35


        Civ Fil Non-Pris
   USAO #.: 07CV2128 CIV. FIL.
   Judge..: ROGER T BENITEZ
   Amount.:               $350.00 CK
   Check#.: BC#5064



     Total->   $350.00



   FROM: GRANITE STATE INSURANCE CO. V.
         USA
         CIVIL FILING
```