Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV -6 PM 4:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDV_ DEP

VIA FAX

GRANIT STATE INSURANCE COMPANY, Plaintiff

vs

UNITED STATES OF AMERICA, Defendant

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 2128 BEN (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Davil R. Vasquez, Esq., c/o Adelson, Testan, Brundo & Jimenez: 1851 E. First Street, Suite 100, Santa Ana, CA 92705; 714/245-8888

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.     NOV - 6 2007
CLERK     DATE
P. DELA CRUZ
By _____, Deputy Clerk

Summons in a Civil Action     Page 1 of 2

..ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)