UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE STATE INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br>  ) | Civil No.07cv2128-BEN(NLS) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On March 12, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

1. Counsel are ordered to appear **telephonically** on *April 25, 2008* at *9:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Plaintiff's** counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *April 4, 2008*.

3. The requirement that a Joint Discovery Plan be lodged with the Court is hereby **WAIVED**.

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before *April 22, 2008*.

/ / /

/ / /

1     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.
2 Each responsible attorney of record and all parties representing themselves shall participate in the
3 conference.  Represented parties need not participate.

4     Failure of any counsel or party to comply with this order will result in sanctions.

5     **IT IS SO ORDERED.**

6 DATED:  March 12, 2008

7

8                                   Hon. Nita L. Stormes
                                  U.S. Magistrate Judge